*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-1026**

IN RE GENE S. ROSEN

**2018 DDN 44**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No.   108530**

BEFORE:   Beckwith, Associate Judge, and Nebeker and Ferren, Senior Judges.

### O R D E R
(FILED – December 20, 2018)

On consideration of the certified order of the Supreme Court of Florida disbarring respondent from the practice of law in that jurisdiction; this court's October 5, 2018, order suspending respondent and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent filed his D.C. Bar R. XI, §14 (g) affidavit on November 16, 2018, but that he failed to file a response to this court's order to show cause, it is

ORDERED that Gene S. Rosen is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to November 16, 2018. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**